**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-1071**

───────────────

BENJAMIN S. GOLDBERG,

　　　　　Plaintiff - Appellant,

　　　v.

MICHAEL KONE; PAULA KRUEGER; RUSSELL WOODLIEF; CAMERON SHAFFER; UNITED STATES OF AMERICA,

　　　　　Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:21-cv-00100-HEH)

───────────────

Submitted: September 27, 2022　　　　　　　　　Decided: October 21, 2022

───────────────

Before NIEMEYER and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

**ON BRIEF:** Daniel A. Harvill, DANIEL A. HARVILL, PLLC, Manassas, Virginia, for Appellant. Jessica D. Aber, United States Attorney, Jonathan H. Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin S. Goldberg appeals the district court's order dismissing his civil action for failure to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Goldberg v. Kone*, No. 3:21-cv-00100-HEH (E.D. Va. Dec. 17, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*